ACCEPTED
03-15-00473-CR
6612953
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/24/2015 8:21:09 AM
JEFFREY D. KYLE
CLERK

# IN THE THIRD COURT OF APPEALS
## AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/24/2015 8:21:09 AM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| **JAMES ERIC GRANT,** | § | |
| **Appellant** | § | |
| | § | **CAUSE NO. 03-15-00473-CR** |
| **V.** | § | **TRIAL COURT NO. 69,168** |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **Appellee** | § | |

## MOTION TO WITHDRAW

### TO THE HONORABLE JUDGES OF SAID COURT:

**NOW COMES** Tim Copeland, PO Box 399, Cedar Park, Texas 78613, appellate attorney for James Eric Grant, and respectfully moves this Honorable Court to allow said attorney to withdraw as attorney of record in this matter, terminating his representation of the above referenced appellant and for good cause would respectfully show this Honorable Court as follows:

### I.

Contemporaneous with the filing of this Motion to Withdraw, counsel has filed an *Anders* brief. Withdrawal of counsel is necessary to permit Mr. Grant to file a *pro se* response brief, if he so desires.

## II.

## Pending Deadlines

Appellant's brief is due September 11, 2015.

## III.

## Documents Filed and Prepared for Defendant

Counsel has prepared a docketing statement and Appellant's Brief in this cause, and has filed same with this Court. Counsel previously prepared Appellant's Notice of Appeal, Request for Reporter's Record and Designations of Clerk's Record.

## IV.

## Notice of Last Known Address of Defendant

Counsel has notified Appellant of the filing of this Motion to Withdraw and of the filing of this brief by mailing a copy of this Motion to Appellant's last known mailing address by regular, first class mail and by certified mail, return receipt requested, and addressed as follows:

> James Eric Grant
> TDCJ No. 01936588
> Darrington Unit
> 59 Darrington Road
> Rosharon, TX 77583

## V.

**WHEREFORE**, Movant prays this Honorable Court to allow Movant to withdraw from the representation of appellant and would, in all things, relieve

Movant herein, discharging Movant from her obligations and responsibilities to this Defendant in this matter.

Respectfully submitted,

**COPELAND LAW FIRM**
P.O. Box 399
Cedar Park, TX  78613
Pho:  512.897.8126
Fax:  512.215.8114
Email:  tcopeland14@yahoo.com

/s/ Tim Copeland
   Tim Copeland
   State Bar No. 04801500
   Attorney for Appellant

**CERTIFICATE OF SERVICE AND OF
COMPLIANCE WITH RULE 9**

This is to certify that on August 24, 2015, a true and correct copy of the above and foregoing document was served on Bob Odom, Assistant District Attorney of Bell County, P.O. Box 540, Belton, Texas 76513 and on James Eric Grant, TDCJ No. 01936588,  Darrington Unit, 59 Darrington Rd., Rosharon, TX  77583 in accordance with the *Texas Rules of Appellate Procedure*, and that Appellant's brief is in compliance with Rule 9 of the *Texas Rules of Appellate Procedure* and that portion which must be included under  Rule 9.4(i)(1)  contains 462 words. Further, Counsel certifies that h e  has complied with the dictates of ***Kelly v. State*** insofar as providing a  motion for Mr. Grant to gain access to his appellate records if he so chooses.

/s/ Tim Copeland
Tim Copeland
